# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MUSTAFA REDZIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 4:04cv1025 TCM |
| ) | |
| MICHAEL T. JAROMIN, District ) | |
| Director of the Bureau of Citizenship ) | |
| and Immigration Services, and ) | |
| MICHAEL CHERTOFF, Secretary of ) | |
| the Department of Homeland Security, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT OF REMAND

In accordance with the Memorandum and Order of this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this case is REMANDED to the Secretary of Homeland Security with instructions to process Plaintiff's application for naturalization within a reasonable time.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of July, 2005.